**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

BRUNO RUBIO,

    Plaintiff,

v.               Case No.: 6:23-cv-576-WWB-DCI

AMERICAN SECURITY INSURANCE
COMPANY,

    Defendant.
_____

## ORDER

  The Court has been advised by Plaintiff's Notice of Resolution that the above-styled action has been completely settled. (Doc. 32 at 1).

  Accordingly, pursuant to Local Rule 3.09(b) of the Middle District of Florida, it is **ORDERED** and **ADJUDGED** that this cause is hereby **DISMISSED with prejudice** subject to the right of any party, within sixty days from the date of this Order, to move the Court to enter a stipulated form of final order or judgment, or, on good cause shown, to reopen the case for further proceedings. The Clerk is directed to close this file.

  **DONE AND ORDERED** at Orlando, Florida on December 3, 2024.

*[Signature]*
WENDY W. BERGER
UNITED STATES DISTRICT JUDGE

Copies to:
Counsel of Record